# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JIN ZHU,<br>*Plaintiff*<br>v.<br><br>BRIDGEPORT SCHOOL DISTRICT NO. 75,<br>*Defendant* | Civil Action No. 2:15-CV-0263-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment (ECF No. 23) is GRANTED on Plaintiff's retaliation and discrimination claims brought under 42 U.S.C. § 1981, and DENIED as moot as to Plaintiff's remaining state law claims. Plaintiff's state law claims brought under the Washington Law Against Discrimination and the Washington Public Records Act are DISMISSED without prejudice.  Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Thomas O. Rice    on a motion for summary judgment.  ECF No. 23.

Date:  December 16, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen